AO 91 (Rev. 08/09) Criminal Complaint

# SEALED  UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| JOEY LITTLE, | ) Case No. 17-6429-Valle |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 21, 2016 - July 17, 2017__ in the county of __Broward__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, U.S.C. Section 922(g)(1) | Possession of a Firearm by a Convicted Felon |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

*Complainant's signature*

SA Samuel Lawrence, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11/29/17

*Judge's signature*

City and state: Fort Lauderdale, Florida

ALICIA O. VALLE U.S. MAGISTRATE JUDGE
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

Your Affiant, a Special Agent with the Bureau of Alcohol, Tobacco & Firearms ("ATF"), Samuel Lawrence, being duly sworn, hereby state:

1. I am a Special Agent with the United States Bureau of Alcohol, Tobacco, Firearms and Explosives (hereinafter "ATF") and have been employed by said agency since 2015. Prior to being employed by ATF, I was employed as a Border Patrol Agent for approximately six (6) years. I have a master's degree in National Security from American Military University. In addition to my education, I have completed approximately seven (7) months of basic and specialized training with the ATF at both the ATF National Academy and the Federal Law Enforcement Training Center located in Glynco, Georgia. During such time, I received specific training in the areas of firearms, narcotics, explosives and arson investigations. As an ATF Agent, I conduct investigations regarding violations of federal laws. I am presently assigned as a Special Agent for the ATF Miami Field Division, Fort Lauderdale Field Office. My responsibilities include identifying, disrupting and dismantling groups identified as violent gangs. During my tenure with the ATF, I have conducted investigations involving illegal firearms, gang, and narcotics trafficking activities.

2. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and does not set forth all of my knowledge about this matter.

3. Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of Title 18 United States Code, Section 922(g)(1), being

a felon in possession of a firearm or ammunition, have been committed by Joey Maurice LITTLE (hereinafter LITTLE).

## PROBABLE CAUSE

4. On January 13, 2017, an Assistant State Attorney made contact with your affiant and advised that Joey Maurice LITTLE II, a previously convicted felon, had posted videos and photos on social media sites depicting himself in possession of firearms.

5. Your affiant viewed the Twitter account of username @TeddyBlow100. The postings were readily accessible to the public. Twitter is a free-access social-networking website that allows its users to create their own profile pages, which can include a short biography, a photo of themselves, and location information. Twitter also permits users to create short messages called "tweets," and to restrict their "tweets" to individuals whom they approve.

6. Your affiant obtained LITTLE's Florida Driver's License photo and determined that LITTLE and the individual associated with Twitter account @TeddyBlow100 appear to be one and the same person.

7. Records from the Florida Department of Highway Safety and Motor Vehicles (DHSMV) list LITTLE's current home address as an apartment in Margate, Florida.

8. On July 2, 2016, Twitter username @TeddyBlow100 posted a photo of LITTLE posing with a black and silver pistol in his right hand. LITTLE is standing next to the other individual who is holding a pistol in his left hand. The tweet read, "Family protects family, By anymeans [sic]....."

9. On September 1, 2016, Twitter username @TeddyBlow100 posted a photo of LITTLE holding a black and silver pistol. The tweet read, "So many enemies, it's just me and

Nina..." Based on my training and experience, your affiant understands "Nina" to mean a nine (9) mm pistol.

10. On January 3, 2017, Twitter username @TeddyBlow100 posted a photo of LITTLE pointing a black and silver pistol directly at the camera. The photo shows LITTLE wearing eyeglasses in the shape of 2017 with an overlaid message of "Happy New Year". The Happy New Year and the 2017 eyeglasses appear to be placed on the photograph using a photo filter application tool. The written text of the tweet read, "Mood: all year, every year..."

11. On July 17, 2017, Twitter username @TeddyBlow100 posted a photo LITTLE holding a black and silver pistol. The tweet read, "When i get threats in my dm from someone who don't know me lol."

12. Periscope is a live video streaming service and mobile application owned by Twitter. Periscope allows anyone with a Twitter account or mobile phone number to easily live stream from their iOS or Android devices. Using a built in smartphone microphone and camera, a user can broadcast uncensored audio and video to anyone who decides to view the broadcast. Periscope also gives the broadcaster an option to share their location with viewers using the device's GPS capabilities.

13. Your affiant viewed several videos posted by a Periscope account with username @TeddyBlowRR. The account's postings were readily accessible to the public.

14. On March 29, 2017, a Federal search warrant was obtained for the contents of the Periscope account. Records provided for the account, through April 8, 2017, included copies of the streamed videos, the time and date they were broadcast, and the city and country from which the live videos were broadcast, as discussed below.

15. On June 21, 2016, Periscope username @TeddyBlowRR streamed a live video titled, "Big Blowop shit rolling up that gas." This video was broadcast from North Lauderdale, Florida. At multiple points throughout the video LITTLE is holding a silver and black firearm.

16. On June 22, 2016, Periscope username @TeddyBlowRR streamed a live video titled, "It's my birthday bitch." DHSMV records list LITTLE's date of birth as June 22. The video was broadcast from Lauderdale Lakes, Florida. In the video, LITTLE can be seen manipulating a black and silver firearm. At one point, he removes the magazine from the firearm displaying ammunition inside the magazine.

17. On July 26, 2016, Periscope username @TeddyBlowRR streamed a live video titled, "Studio live." The video was broadcast from Oakland Park, Florida. In the video, LITTLE possesses a black and silver firearm at multiple points throughout the video.

18. On December 31, 2016, Periscope username @TeddyBlowRR streamed a live video titled, "Got my periscope back." The video was broadcast from North Lauderdale, Florida. At multiple points throughout the video LITTLE can be seen holding a black and silver pistol.

19. After obtaining the search warrant, your affiant continued to monitor the Periscope account of @TeddyBlowRR, which remained open to public view.

20. On July 5, 2017, Periscope username @TeddyBlowRR streamed three (3) videos from approximately 12:56 a.m. to 1:15 a.m. In the first video, broadcast at approximately 12:56 a.m., LITTLE can be seen walking around outside while displaying what appears to be the same black and silver pistol depicted in the aforementioned photos and videos. At one point in the video, LITTLE displays the pistol and says, "You have to watch out for these fireworks." He then appears to chamber a round and fire a round into the air. In the second video, broadcast at approximately at 1:07 a.m., LITTLE appears to be driving a vehicle while streaming the video live. In the video,

LITTLE holds a black and silver pistol, while indicating that he always has "one" on him even when he's on the road. LITTLE states, "I'm just riding through the city man, with that fire on me", while displaying the black and silver pistol. Your affiant understands LITTLE's comment of "fire" to mean a firearm. The third video, broadcast at approximately 1:15 a.m., is approximately eight (8) seconds in duration and is titled "Live in the city of broward county" [sic]. The last video described shows that it was broadcast from Margate, Florida.

21. During this investigation, a retired ATF Resident Agent in Charge and current Palm Beach Sheriff's Office detective, who is a firearms identification expert, reviewed the above-referenced photos and videos. He advised the firearm depicted has the same features as the Taurus Millennium G2 variant semi-auto pistol including: shape of grip, frame, slide, muzzle, style of the trigger guard, sights, recoil spring guide rod end and serial number plate cut out area. He also advised he has not seen and is not aware of any airsoft type replica pistols of this G2 Model. Referencing the June 22, 2016 Periscope video, he advised that airsoft guns and gas gun replicas have a red tip and if the tip is removed a sub caliber barrel that fires BB's would be evident. There is no sub-caliber barrel evident in the video. Additionally, when the loaded magazine is removed from the firearm, the magazine is the correct style for a Taurus pistol. Based on these factors, the expert believes the pistol depicted is a genuine firearm, to wit, a Taurus G2 Millennium series semi-auto pistol. The Taurus G2 Millennium Series, semi-automatic pistol is not manufactured in the State of Florida.

22. Prior to June 2016, LITTLE was convicted of burglary of a dwelling, a second degree felony, in Broward County Case Number 11-3087CF10A. According to the Florida Office of Executive Clemency, LITTLE has not had his rights to possess a firearm restored.

23. Based on the information contained in this affidavit, I respectfully submit that there is probable cause to believe that LITTLE possessed a firearm or ammunition after having been convicted of a felony, in violation of Title 18, United States Code, Section 922(g)(1).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Samuel Lawrence
Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to and subscribed before me this
____ day of November, 2017

_____
HONORABLE ALICIA O. VALLE
UNITED STATES MAGISTRATE JUDGE